IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 31 PM 3: 15

CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | |
| VS. | CR. NO. 04-20029-D |
| DEWAYNE WARD | |
| Defendant. | |

### ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND <u>SETTING</u>

This cause came on for a report date on May 19, 2005. At that time, counsel for the defendant requested a continuance of the June 6, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to August 1, 2005 with a **report date of Thursday, July 21, 2005, at 9:00 a.m.**, in <u>Courtroom 3, 9th Floor</u> of the Federal Building, Memphis, TN.

The period from June 17, 2005 through August 12, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this _31_ day of May, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _6-1-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CR-20029 was distributed by fax, mail, or direct printing on June 1, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Honorable Bernice Donald
US DISTRICT COURT