# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                       Case No. 04-2O029-D

DEWAYNE WARD,

    Defendant.

## ORDER EXCUSING ATTORNEY'S PRESENCE

This cause came on to be heard upon motion of counsel to excuse her presence on August 25, 2005. For good cause, the Court finds the motion well taken and grants counsel's request to excuse her presence.

IT IS ORDERED THAT counsel presence is herein excused and the Court accepts the announcement as stated in the related motion.

Bernice Donald, District Court Judge

DATED: 8/24/2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CR-20029 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Honorable Bernice Donald
US DISTRICT COURT