IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /M D.C.

05 NOV -1 AM 11: 31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff, | ) ) ) ) |  |
| VS. | ) ) | CR. NO. 04-20029-D |
| DEWAYNE WARD<br>    Defendant. | ) ) ) |  |

**ORDER ON CHANGE OF PLEA
AND <u>SETTING</u>**

    This cause came on to be heard on October 27, 2005, the United States Attorney for this district, Camille Reese McMullen, appearing for the Government and the defendant, Dewayne Ward, appearing in person and with counsel, Linda Kendall Garner, who represented the defendant.

    With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Counts 1 and 3 of the Indictment.

    Remaining Counts shall be dismissed at the Sentencing Hearing.

    Plea colloquy was held and the Court accepted the guilty plea.

    **SENTENCING** in this case is **SET** for **TUESDAY, JANUARY 24, 2006, at 1:30 P.M., before Judge Bernice B. Donald.**

    Defendant is remanded to the custody of the U. S. Marshal.

    **ENTERED** this the 31 day of October, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11/3/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CR-20029 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT